# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 307 EAL 2023

            Respondent                 :

                                      :    Petition for Allowance of Appeal

                                      :    from the Order of the Superior Court

           v.                               :

                                        :

KALEEL HINTON,                          :

                                        :

                Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.